THE NEW HAMPSHIRE FIRE INSURANCE COMPANY V.
MARY HOLLAND.

**No. 13,270.** ( 74 Pac. 1133.)

Error from Wyandotte court of common pleas; WILL-
IAM G. HOLT, judge. Opinion filed November 7, 1903.
Affirmed.

*Quinton & Quinton*, and *Moore & Berger*, for plaintiff
in error.
*Littick & Littick*, for defendant in error.

*Per Curiam:* The petition in this action contained the
usual allegations necessary for recovery upon a fire-insur-
ance policy. The answer alleged breaches of various pro-
visions of the policy as absolving the defendant from
liability. The reply sought to avoid the effect of the
defenses propounded in the answer. Upon the trial the
court instructed the jury upon all the issues raised by the
pleadings, and concluded by advising them that the only
question left for their determination was the amount of
plaintiff's recovery. No exceptions were taken to these
instructions. All the errors assigned relate to matters
covered by the charge to the jury, and since this was sub-
mitted to as correct the judgment of the district court is
affirmed.